IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JORGE ARIEL ORDONEZ GUINAC, | § § § § | |
| *Petitioner,* | § § | |
| VS. | § § § | |
| ALEX SANCHEZ, Warden IAH Secure Adult Detention Facility, Livingston, Texas (aka IAH Polk Adult Detention Facility); MARKWAYNE MULLIN, Secretary, Department of Homeland Security; DAVID VENTURELLA, Acting Director, Immigration and Customs Enforcement; GABRIEL MARTINEZ, Enforcement of Removal Operations (ERO) Houston; and BRET BRADFORD, Houston Field Office Director, ICE, | § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00592 JUDGE MICHAEL J. TRUNCALE |
| *Respondents.* | § | |

## **ORDER REGARDING ADMISSION**

On or about August 5, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. This matter was subsequently transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 4]. At the time of transfer, counsel for Petitioner, Gino Mario Mesa, was not admitted to practice in the Eastern District of Texas. On August 7, 2026, the Clerk contacted Mr. Mesa with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Gino Mario Mesa take the necessary steps to appear on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **August 24, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

2

The Clerk is **INSTRUCTED** to forward a copy of this Order to counsel via Email as follows:

lawofficeofginomesa@yahoo.com.

**SIGNED this 7th day of August, 2026.**

Michael J. Truncale
United States District Judge